**FILED**

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0720

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### No. DA 22-720

GUARDIAN TAX MT, LLC,

      Plaintiff and Appellee,

v.

JEANETTE F. TASEY,

      Defendant and Appellant.

_____

### ORDER GRANTING APPELLEE GUARDIAN TAX MT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

*Appeal from Cause No. DV-56-2022-0000028*
*Montana Thirteenth Judicial District Court, Yellowstone County*
*Hon. Judge Ashley Harada, Presiding*

APPEARANCES:

| | |
|---|---|
| Eli J. Patten<br>David F. Knobel<br>CROWLEY FLECK PLLP<br>P.O. Box 2529<br>490 North 31st Street, Suite 500<br>Billings, MT  59103<br>406.252.3441<br>epatten@crowleyfleck.com<br>dknobel@crowleyfleck.com<br><br>*Attorneys for Plaintiff and Appellee* | Dennis Michael Eakin<br>Eakin & Berry, P.L.L.C.<br>P.O. Box 2218<br>Billings, MT  59103<br>Eakin.406law@gmail.com<br><br>*Attorneys for Defendant and Appellants* |

Before the Clerk of Supreme Court, pursuant to Mont. R. App. P. 26(1), is appellee Guardian Tax MT, LLC's unopposed motion for its first extension of time to file its answer brief. The motion being unopposed and compliant with the rules,

IT IS ORDERED that Guardian may fail its answer brief on or before June 2, 2023.

**\*Electronically Signed and Dated Below\***

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 2 2023